PROB 12C
(6/16)

Report Date: March 22, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 22, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shaun Aaron Vanarendonk         Case Number: 0980 1:18CR02041-SMJ-1

Address of Offender:                              Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: December 3, 2019

Original Offense:    Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) and 924(a)(2)

Original Sentence:   Prison - 30 months          Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: AUSA                        Date Supervision Commenced: January 14, 2022

Defense Attorney:    Jeremy B Sporn              Date Supervision Expires: January 13, 2025

## PETITIONING THE COURT

To issue a summons.

On January 18, 2022, supervised release conditions were reviewed and signed by Mr. Vanarendonk acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Vanarendonk is alleged to have violated his conditions of supervised release by consuming methamphetamine on or before February 22, and March 16, 2022. |
| | This officer contacted Mr. Vanarendonk via telephone on February 23, 2022. Mr. Vanarendonk admitted to this officer he consumed methamphetamine on February 22, 2022. |
| | On March 17, 2022, this officer received a telephone call from Mr. Vanarendonk. Mr. Vanarendonk admitted to consuming methamphetamine on March 16, 2022. |

Prob12C
**Re: Vanarendonk, Shaun Aaron**
**March 22, 2022**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Vanarendonk is considered to be in violation of his supervised release conditions by failing to report to Merit Resource Services (Merit) for a urinalysis (UA) on February 22, and March 16, 2022.

On January 18, 2022, the substance abuse testing instructions were reviewed with Mr. Vanarendonk. Mr. Vanarendonk verbally acknowledged his understanding of the testing program, and was instructed to call the Merit colorline system for the color brown. When the color brown was called, Mr. Vanarendonk was to report to Merit and submit to a drug screen.

On February 23, 2022, this officer spoke to Mr. Vanarendonk via telephone and he admitted his failure to submit to UA at Merit on February 22, 2022.

On March 17, 2022, this officer received a telephone call from Mr. Vanarendonk where he admitted his failure to submit to UA at Merit on March 16, 2022.

| | | |
|---|---|---|
| 3 | | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Mr. Vanarendonk is considered to be in violation of his supervised release conditions by failing to report to the probation office as directed on March 14, 2022.

On March 11, 2022, this officer spoke to Mr. Vanarendonk on the telephone and directed him to report to the probation office on March 14, 2022. Mr. Vanarendonk indicated he would report as directed but failed to do so.

On March 15, 2022, this officer received a telephone call from Mr. Vanarendonk. Mr. Vanarendonk admitted that he failed to report to the probation on office on March 14, 2022.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 22, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

Prob12C
Re: Vanarendonk, Shaun Aaron
March 22, 2022
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____03/22/2022_____
Date