PROB 12C
(6/16)

Report Date: April 21, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 21, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shaun Aaron Vanarendonk        Case Number: 0980 1:18CR02041-SMJ-1

Address of Offender:                              Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: December 3, 2019

Original Offense:    Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:   Prison - 30 months              Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Richard Burson                  Date Supervision Commenced: January 14, 2022

Defense Attorney:    Craig Webster                   Date Supervision Expires: January 13, 2025

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on March 22, and April 12, 2022.

On January 18, 2022, supervised release conditions were reviewed and signed by Mr. Vanarendonk acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 5 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  Mr. Vanarendonk is considered to be in violation of his supervised release conditions by failing to report to Merit Resource Services (Merit) for a urinalysis (UA) on April 13 and 19, 2022. |
| | On January 18, 2022, the substance abuse testing instructions were reviewed with Mr. Vanarendonk. Mr. Vanarendonk verbally acknowledged his understanding of the testing program and was instructed to call the Merit colorline system for the color brown. When the color brown was called, Mr. Vanarendonk was to report to Merit and submit to a drug screen. |

Prob12C
Re: Vanarendonk, Shaun Aaron
April 21, 2022
Page 2

On April 14, 2022, this officer received a text message from Mr. Vanarendonk stating he was 4 minutes late to Merit to provide a UA, so he could not provide a UA sample. The same day, this officer was also notified by Merit that Mr. Vanarendonk failed to submit a UA on April 13, 2022.

On April 20, 2022, this officer received notification from Merit that Mr. Vanarendonk failed to submit a UA on April 19, 2022. This officer also contacted staff at Merit to verify Mr. Vanarendonk's failure to provide a UA on April 19, 2022. Staff at Merit confirmed that Mr. Vanarendonk did not provide a UA that day. This officer made several attempts to contact Mr. Vanarendonk to address this issue, but all attempts were unanswered.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 21, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

04/21/2022
Date