PROB 12C
(6/16)

Report Date: April 29, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 02, 2022**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Shaun Aaron Vanarendonk | | Case Number: 0980 1:18CR02041-SMJ-1 |
| Address of Offender: | | Yakima, Washington 98902 |
| Name of Sentencing Judicial Officer: | The Honorable Salvador Mendoza, Jr., U.S. District Judge | |
| Date of Original Sentence: December 3, 2019 | | |
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard Burson | Date Supervision Commenced: January 14, 2022 |
| Defense Attorney: | Craig Webster | Date Supervision Expires: January 13, 2025 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on March 22, April 12, and April 21, 2022.

On January 18, 2022, supervised release conditions were reviewed and signed by Mr. Vanarendonk acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Vanarendonk is considered to be in violation of his supervised release conditions by consuming amphetamines on or before April 11, 2022.<br><br>On April 11, 2022, Mr. Vanarendonk attended his appointment at Merit Resource Services (Merit) with his counselor. Mr. Vanarendonk submitted a urinalysis (UA) on that day as directed by his counselor. The sample was sent to Cordant Health Solutions (Cordant) for lab-based drug testing.<br><br>On April 25, 2022, this officer received the results from Cordant, showing the urine sample collected on April 11, 2022, was confirmed positive for the presence of amphetamines. |

Prob12C
Re: Vanarendonk, Shaun Aaron
April 29, 2022
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 29, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

05/02/2022
Date