PROB 12C
(6/16)

Report Date: May 20, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 23, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shaun Aaron Vanarendonk | Case Number: 0980 1:18CR02041-SMJ-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Yakima, Washington 98902 | |
| Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge | |
| Date of Original Sentence: December 3, 2019 | |
| Original Offense: Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Richard Burson | Date Supervision Commenced: January 14, 2022 |
| Defense Attorney: Craig Webster | Date Supervision Expires: January 13, 2025 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 22, April 12, April 21, and May 2, 2022.

On January 18, 2022, supervised release conditions were reviewed and signed by Mr. Vanarendonk acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Vanarendonk is considered to be in violation of his supervised release conditions by consuming methamphetamine on or before May 17, 2022. |
| | On May 18, 2022, this officer spoke to staff at Merit Resource Services (Merit) who stated Mr. Vanarendonk reported to Merit on May 17, 2022, and provided a urinalysis (UA) sample that tested presumptive positive for methamphetamine. The sample was sent to Alere Toxicology Services, Incorporated (Alere) for confirmation, due to Mr. Vanarendonk denying consumption of methamphetamine. Later that same day, this officer spoke to Mr. Vanarendonk about his presumptive positive UA for methamphetamine which he admitted to consuming the substance. Mr. Vanarendonk stated he did not admit he consumed methamphetamine while at Merit because he felt overwhelmed. |

Prob12C
**Re: Vanarendonk, Shaun Aaron**
May 20, 2022
Page 2

| | | |
|---|---|---|
| 8 | | **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Vanarendonk is alleged to have violated his supervised release conditions by aborting an approved substance abuse treatment program at James Oldham Treatment Center (JOTC) on or about May 18, 2022.

According to staff at Merit, Mr. Vanarendonk was scheduled to enter inpatient substance abuse treatment at JOTC on May 18, 2022. Mr. Vanarendonk arrived for inpatient treatment on May 18, 2022. He later this same date, Mr. Vanarendonk aborted the treatment program.

9       **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Vanarendonk is alleged to have violated his supervised release conditions by being terminated from substance abuse treatment at Merit on May 18, 2022.

On May 19, 2022, this officer spoke to Mr. Vanarendonk's counselor at Merit regarding his departure from inpatient substance abuse treatment at JOTC without permission on May 18, 2022. Due to Mr. Vanarendonk leaving inpatient substance abuse treatment, Merit also terminated him from their substance abuse treatment program.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 20, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

Prob12C
Re: Vanarendonk, Shaun Aaron
May 20, 2022
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____05/23/2022_____
Date