PROB 12C
(6/16)

Report Date: September 27, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 27, 2022**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shaun Aaron Vanarendonk     Case Number: 0980 1:18CR02041-ACE-1

Address of Offender: ███████████████████ Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Alexander C. Ekstrom, U.S. Magistrate Judge

Date of Original Sentence: December 3, 2019

Original Offense:     Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:    Prison - 30 months           Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Frances E. Walker            Date Supervision Commenced: January 14, 2022

Defense Attorney:     Craig D. Webster             Date Supervision Expires: January 13, 2025

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 22, April 12, April 21, May 2, May 23, and September 8, 2022.

On January 18, 2022, supervised release conditions were reviewed and signed by Mr. Vanarendonk acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

        11              **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

                        **Supporting Evidence**: Mr. Vanarendonk is considered to be in violation of his supervised release conditions by failing to submit a urinalysis (UA) on September 26, 2022.

                        On September 23, 2022, Mr. Vanarendonk was directed to report to the U.S. Probation Office on September 26, 2022, at 3:30 p.m. to submit a UA. Mr. Vanarendonk failed to report as directed to provide a UA.

Prob12C
**Re: Vanarendonk, Shaun Aaron**
**September 27, 2022**
**Page 2**

| | | |
|---|---|---|
| 12 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. | |

**Supporting Evidence**: Mr. Vanarendonk is considered to be in violation of his supervised release conditions by failing to report to the probation office on September 26, 2022, as directed.

On September 21, 2022, Mr. Vanarendonk participated in a Sobriety Treatment and Education Program (STEP) session. At the conclusion of STEP Court, Mr. Vanarendonk signed a status report and acknowledged he was required to report daily to U.S. Probation until further notice.

On September 23, 2022, Mr. Vanarendonk was directed to report to the U.S. Probation Office on September 26, 2022, at 3:30 p.m. to submit a UA. Mr. Vanarendonk was also informed if his UA was positive for a controlled substance he would be taken into custody until an inpatient bed date was established for him.

Mr. Vanarendonk failed to report to the probation office on September 26, 2022. He called this officer at 3:52 p.m. on September 26, 2022, and stated he would report as soon as his family member got home to give him a ride.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 27, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
**Re: Vanarendonk, Shaun Aaron**
**September 27, 2022**
**Page 3**

THE COURT ORDERS

- [ ]  No Action
- [X]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [ ]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

September 27, 2022
Date