PROB 12C
(6/16)

Report Date: October 20, 2022

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2022

SEAN F. McAVOY, CLERK

Name of Offender: Shaun Aaron Vanarendonk        Case Number: 0980 1:18CR02041-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮   Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 3, 2019

Original Offense:      Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:     Prison - 30 months              Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Richard Cassidy Burson         Date Supervision Commenced: January 14, 2022

Defense Attorney:      Craig D. Webster               Date Supervision Expires: January 13, 2025

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 22, April 12, April 21, May 2, May 23, September 8, and 27, 2022.

On January 18, 2022, supervised release conditions were reviewed and signed by Mr. Vanarendonk acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 13 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: Mr. Vanarendonk is considered to be in violation of his supervised release conditions by being in possession of 13.97 grams of methamphetamine on October 7, 2022.<br><br>(See narrative below at violation #15) |
| 14 | **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive devices, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers). |

Prob12C
Re: Vanarendonk, Shaun Aaron
October 20, 2022
Page 2

**Supporting Evidence**: Mr. Vanarendonk is considered to be in violation of his supervised release conditions by having access to a 9mm handgun on October 7, 2022.

(See narrative below at violation #15)

15    **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: Mr. Vanarendonk is considered to be in violation of his supervised release conditions by associating with Carl Eldon Renecker, who is a convicted felon and was engaged in criminal activity, on October 7, 2022.

According to information received from the Yakima County Sheriff's Office (YSO), the following occurred:

On October 7, 2022, YSO responded to 500 Rest Haven Road in Yakima, Washington, attempting to locate two burglary suspects. As YSO was leaving the address, they observed two sets of headlights traveling toward them on Rest Haven Road. Rest Haven Road is a short road which leads to a dead end, and there are not many houses on the road. As the vehicles got closer, YSO recognized the lead vehicle to be the suspect truck from a burglary that occurred on October 6, 2022. The second vehicle was following very close behind the lead vehicle.

YSO pulled over both vehicles with the second vehicle being a Chrysler 300 with Washington license plate BXX3223. Mr. Renecker was driving the Chrysler 300 and Mr. Vanarendonk was the passenger. YSO arrested Mr. Renecker and Mr. Vanarendonk on outstanding warrants. As Mr. Vanarendonk exited the vehicle, YSO saw numerous loose pills on the front passenger's floorboard. Mr. Vanarendonk said the pills were over the counter medication, belonging to his wife; he also stated the vehicle belonged to his wife.

After both individuals were in custody, YSO looked into the vehicle from the outside and observed a large amount of suspected methamphetamine inside a helmet in the center console of the vehicle. There was also a police scanner near the center console of the vehicle. Due to the suspected narcotics in the vehicle, YSO requested the vehicle be towed and secured until a search warrant could be obtained for the vehicle.

On October 18, 2022, YSO contacted U.S. Probation and reported a search was completed on the vehicle Mr. Vanarendonk was arrested in on October 7, 2022. YSO located 13.97 gram of suspected methamphetamine resting in a helmet on the center console. A 9mm handgun was also located on the rear driver's side floorboard of the vehicle, which was in the direct area of where Mr. Vanarendonk was sitting, and was easily accessible to the offender. The firearm had a round in the magazine and one round in the chamber. Mr. Vanarendonk had dominion in the backseat; the firearm would not be easily accessible by the driver.

Prob12C
Re: Vanarendonk, Shaun Aaron
October 20, 2022
Page 3

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court. Mr. Vanarendonk is currently in custody pending a supervised release revocation hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 20, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

10/21/2022
Date