PROB 12C
(6/16)

Report Date: March 6, 2023

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2023

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| Name of Offender: Shaun Aaron Vanarendonk | Case Number: 0980 1:18CR02041-ACE-1 |
| Address of Offender: ▬▬▬▬▬ ▬▬▬▬▬ Yakima, Washington 98901 | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Alexander C. Ekstrom, U.S. Magistrate Judge

Date of Original Sentence: December 3, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Revocation Sentence: | Prison - 96 days<br>TSR - 18 months | | |
| Asst. U.S. Attorney: | Frances E. Walker | Date Supervision Commenced: January 11, 2023 | |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: July 10, 2024 | |

## PETITIONING THE COURT

To issue a warrant.

On January 19, 2023, supervised release conditions were reviewed and signed by Mr. Vanarendonk acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Vanarendonk is alleged to have violated his supervised release conditions by failing to report to the probation office on March 3, 2023, as directed.<br><br>At 3:05 p.m. on March 3, 2023, Mr. Vanarendonk spoke with a probation officer on the telephone. Mr. Vanarendonk was directed to report to the probation office by 3:45 p.m. to be held in custody until Monday, March 6, 2023, when he would be released to inpatient treatment. Mr. Vanarendonk agreed to report as directed by 3:45 p.m. |

Prob12C
**Re: Vanarendonk, Shaun Aaron**
**March 6, 2023**
**Page 2**

      Mr. Vanarendonk failed to report as directed on March 3, 2023, and he is not responding to this officer's attempts to contact him.

2      **ECF No.154**. Participant shall be release from Yakima County Jail to a representative of the United States Probation/Pretrial Services Office on Friday, March 3, 2023, at 5:30 AM and shall proceed directly to and enter treatment at Key Recovery in Seattle, Washington.

      **Supporting Evidence**: Mr. Vanarendonk is alleged to have violated his supervised release conditions by failing to enter treatment at Key Recovery in Seattle, Washington, as directed on March 3, and 6, 2023.

      On March 3, 2023, Mr. Vanarendonk was released from Yakima County Jail, after he signed ECF No. 154, acknowledging the expectations from the Court. His family attempted to transport him to Key Recovery in Seattle. However, due to road conditions resulting from inclement weather, Mr. Vanarendonk was unable to travel to the treatment facility. Based on the road conditions, Mr. Vanarendonk was provided with the opportunity to report to Key Recovery on March 6, 2023.

      On March 6, 2023, this officer spoke with admission staff at Key Recovery and was informed Mr. Vanarendonk did not show up to treatment as directed on March 6, 2023. According to admission staff, a family member of Mr. Vanarendonk called and requested that Mr. Vanarendonk be given the opportunity to start inpatient treatment on March 7, 2023. Key Recovery agreed that Mr. Vanarendonk could start the treatment program on March 7, 2023.

      Mr. Vanarendonk did not contact U.S. Probation to discuss why he could not show up for treatment on March 6, 2023, and attempts to contact Mr. Vanarendonk have gone unanswered.

The U.S. Probation Office respectfully recommends the Court issue a warrant, requiring Mr. Vanarendonk to answer to the alleged violations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 6, 2023

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
Re: Vanarendonk, Shaun Aaron
March 6, 2023
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

March 7, 2023

Date