PROB 12C
(6/16)

Report Date: March 27, 2022

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 28, 2023

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shaun Aaron Vanarendonk          Case Number: 0980 1:18CR02041-ACE-1

Address of Offender: ███████████████ Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Alexander C. Ekstrom, U.S. Magistrate Judge

Date of Original Sentence: December 3, 2019

Original Offense:          Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:         Prison - 30 months          Type of Supervision: Supervised Release
                           TSR - 36 months

Revocation Sentence:       Prison -96 days
                           TSR - 18 months

Asst. U.S. Attorney:       Christopher J. Bridger      Date Supervision Commenced: January 11, 2023

Defense Attorney:          Craig D. Webster            Date Supervision Expires: July 10, 2024

---

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 6, 2023.

On January 19, 2023, supervised release conditions were reviewed and signed by Mr. Vanarendonk acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**:  Mr. Vanarendonk is considered to be in violation of his supervised release conditions by eluding law enforcement on March 20, 2023, in violation of the Revised Code of Washington (RCW) 79A.60.090.

According to the Yakima Police Department (YPD) incident report 23Y008823, the following occurred: On March 20, 2023, at approximately 6:16 p.m. YPD attempted to pull over for traffic violations a  silver Chrysler 300, bearing license plate CFB4032, that Mr. Vanarendonk was driving.  YPD was driving a black and white patrol vehicle and activated the overhead emergency lights; initially, Mr. Vanarendonk drove normally for a moment before accelerating away from YPD at a high rate.

Prob12C
**Re: Vanarendonk, Shaun Aaron**
**March 27, 2022**
**Page 2**

As the Chrysler 300 began to flee, YPD activated the siren in the patrol vehicle. YPD continued after Mr. Vanarendonk, reaching a speed of 51 mph on River Road, which has a speed limit of 25 miles per hour, and Mr. Vanarendonk continued to pull away. Mr. Vanarendonk continued to flee westbound on River Road and did slow down slightly before driving through a red light at the intersection of North 16th Avenue and River Road. After Mr. Vanarendonk drove through a red light, YPD terminated the pursuit as North 16th Avenue is a main thoroughfare which is heavily traveled during the afternoon and early evening hours.

After the pursuit was terminated, YPD was able to positively identify Mr. Vanarendonk as the driver of the Chrysler 300 during the pursuit by viewing a Department of Licensing (DOL) photograph and Mr. Vanarendonk's most recent booking photograph.

It should be noted that this officer observed Mr. Vanarendonk driving the same Chrysler 300 on March 16, 2023. The vehicle is registered to Mr. Vanarendonk's wife and it has been observed outside of Mr. Vanarendonk's residence on several occasions.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court. Mr. Vanarendonk is currently on abscond status and has an active supervised release warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 27, 2023
_____

s/Phil Casey
_____

Phil Casey
U.S. Probation Officer

THE COURT ORDERS
[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

March 28, 2023
_____
Date