PROB 12C
(6/16)

Report Date: October 29, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 29, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shaun Aaron Vanarendonk     Case Number: 0980 1:18CR02041-SAB-1

Address of Offender: ▇▇▇▇▇▇▇▇

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 3, 2019

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1),924(a)(2) | |
| Original Sentence: | Prison - 30 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(01/11/2023) | Prison - time served (96 days);<br>TSR - 18 months | |
| Revocation Sentence:<br>(10/18/2023) | Prison - time served; (35 days)<br>TSR - 16 months | |
| Asst. U.S. Attorney: | Todd Swenson | Date Supervision Commenced:  October 26, 2023 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires:  February 25, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/6/2024.

On January 25, 2024, the offender's conditions of supervision were reviewed by a probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Shaun Vanarendonk violated the terms of his supervised release by committing the offense of Escape From Community Custody, in violation of RCW 72.09.310 and 9.94A.535(3)(t), on or about March 6, 2024 (Count 1). |

Prob12C
Re: Vanarendonk, Shaun Aaron
October 29, 2024
Page 2

On August 19, 2024, Mr. Vanarendonk was charged by information in Yakima County Superior Court under case number 24-1-01240-39. It is noted that on or about March 6, 2024, in the State of Washington, having been placed on community custody in Yakima County, Mr. Vanarendonk willfully discontinued making himself available to the department for supervision by making his whereabouts unknown or by failing to maintain contact with the department as directed by his community corrections officer.

On February 13, 2024, a community corrections officer (CCO) with the Department of Corrections (DOC) met with Mr. Vanarendonk. At the end of that appointment, he was directed to report again on March 6, 2024.

On March 6, 2024, he failed to report to the DOC. After the DOC made efforts to make contact with Mr. Vanarendonk, which were unsuccessful, a bench warrant was issued.

4	**Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: It is alleged that Shaun Vanarendonk violated the terms of his supervised release by committing the offense of Escape From Community Custody, in violation of RCW 72.09.310 and 9.94A.535(3)(t), on or about May 6, 2024 (Count 2).

On August 19, 2024, Mr. Vanarendonk was charged by information in Yakima County Superior Court under case number 24-1-01240-39. It is noted that on or about March 6, 2024, in the State of Washington, having been placed on community custody in Yakima County, Mr. Vanarendonk willfully discontinued making himself available to the department for supervision by making his whereabouts unknown or by failing to maintain contact with the department as directed by his community corrections officer.

On February 13, 2024, a community corrections officer (CCO) with the Department of Corrections (DOC) met with Mr. Vanarendonk. At the end of that appointment, he was directed to report again on March 6, 2024.

On March 6, 2024, he failed to report to the DOC. After the DOC made efforts to make contact with Mr. Vanarendonk, which were unsuccessful, a bench warrant was issued.

On March 12, 2024, he was arrested. On May 3, 2024, he was released and directed to report to the Department of Corrections on May 6, 2024. Mr. Vanarendonk failed to report. A bench warrant was subsequently issued.

Prob12C
Re: Vanarendonk, Shaun Aaron
October 29, 2024
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/29/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

10/29/2024
Date